BEFORE THE FIRST DIVISION, DECEMBER 18, 1942.

**No. 47811.**—Protests 2111–K, etc., of Strauss-Eckardt Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and following Abstracts 47083 and 47500 the harmonicas and mouth organs in question were held dutiable at 40 percent under paragraph 1541 as claimed.